AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | |
| **SANJNA BANGA** | ) | Case No.   8:26-po-26 (MJK) |
| **and** | ) | |
| **PAREEN KUMAR** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 19, 2026 in the county of St. Lawrence County in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Clinton L. Joseph, Border Patrol Agent

_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:     March 20, 2026

_____
*Judge's signature*

City and State:    Syracuse, NY

Hon. Mitchell J. Katz, U.S. Magistrate Judge

_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.      I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 17 years and have been assigned to the Swanton Sector since 2018.  I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests.  I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases.  It does not set forth all of my knowledge about the investigation.

2.      I submit this affidavit in support of a criminal complaint charging Sanjna BANGA and Pareen KUMAR with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

### Probable Cause

3.      On March 19, at approximately 0215 hours, Massena Border Patrol Agents were contacted by St. Regis Mohawk Tribal Police regarding two (2) subjects that were apprehended in Hogansburg, NY. Agents responded to the Tribal Police Station and conducted an immigration inspection.  The subjects freely admitted to being citizens and nationals of India.  The subjects were arrested and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

4.      Sanjna BANGA and Pareen KUMAR waived their *Miranda* rights and admitted that they unlawfully entered the United States from Canada on March 19, 2026, by crossing the St. Lawrence River in Hogansburg, NY..

## Conclusion

5.     Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Clinton L. Joseph
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:     March 20, 2026

Hon. Mitchell J. Katz
United States Magistrate Judge